**The trustee's objection having been withdrawn, the motion is granted and the hearing set for May 23, 2019, is cancelled.**

**SO ORDERED.**
**SIGNED this 16th day of May, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

---

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

IN RE:                                        NO.:3:19-bk-30969-SHB
TRACY A. MACKEY
      Debtor.                       CHAPTER 7

                                              JUDGE: SUZANNE H BAUKNIGHT
NATIONSTAR MORTGAGE LLC D/B/A
MR. COOPER,
      Movant,

vs.

TRACY A. MACKEY, Debtor and
F. SCOTT MILLIGAN, Trustee,

      Respondents,

---

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND TRUSTEE ABANDONMENT REGARDING REAL PROPERTY LOCATED AT 149 OAKLAND ROAD, MAYNARDVILLE, TN 37807

This cause came before the court upon Motion for Relief from Automatic Stay and Trustee Abandonment with respect to certain property of the Debtor described as 149 Oakland Road, Maynardville, TN 37807, filed by Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Movant"). For good cause shown, it is the opinion of the Court that the Motion should be

granted and that cause exists for granting the relief requested as a result of the Debtor failure to

maintain payments.

IT IS THEREFORE ORDERED:

1.  That the automatic stay provisions of 11 U.S.C. §362(a) are dissolved and the Trustee

    ordered to abandon interest in the property pursuant to 11 U.S.C. §554(b).

2.  That Fed. R. Bankr. P. 4001(a)(3) is not applicable and Movant may immediately enforce

    and implement this Order Granting Relief from Automatic Stay and Trustee

    Abandonment.

###

APPROVED FOR ENTRY BY:

S/ Seth Greenhill_____
Seth Greenhill, Esq.
Tennessee Bar # 036473
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*